**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-6138**

───────────────

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

VENTURA GARCIA, a/k/a Chili,

    Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:01-cr-00052-MR-WCM-7)

───────────────

Submitted:  July 21, 2022           Decided:  July 26, 2022

───────────────

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Ventura Garcia, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ventura Garcia appeals the district court's order denying his motion to clarify the record.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Garcia*, No. 1:01-cr-00052-MR-WCM-7 (W.D.N.C. Jan. 19, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*